IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02389-WYD-MJW

JOHN STAUFFER,

Plaintiff(s),

v.

KAREN E. HAYES, D.O.;
A WOMAN'S PLACE OF FORT COLLINS, P.L.L.P.;
PETER DUSBABEK;
TODD VRIESMAN;
MONTGOMERY, KOLODNY, AMATUZIO & DUSBABEK, L.L.P.;
J. BRADFORD MARCH III; and
MARCH, OLIVE & PHARRIS, L.L.P.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that defendants J. Bradford March, III and March Olive & Pharris, LLP's  Re-Submitted Unopposed Motion for Leave to Appear Without Submitting Scheduling Order [Docket No. **37**], filed with the court January 23, 2012, is GRANTED.

It is FURTHER ORDERED parties shall appear for the Scheduling Conference January 27, 2012 at 9:00 a.m.  without having filed a proposed Scheduling Order.

Date: January 24, 2012