IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02389-WYD-MJW

JOHN STAUFFER,

Plaintiff(s),

v.

KAREN E. HAYES, D.O.;
A WOMAN'S PLACE OF FORT COLLINS, P.L.L.P.;
PETER DUSBABEK;
TODD VRIESMAN;
MONTGOMERY, KOLODNY, AMATUZIO & DUSBABEK, L.L.P.;
J. BRADFORD MARCH III; and
MARCH, OLIVE & PHARRIS, L.L.P.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Defendant Christine Skorberg's Unopposed Motion to Appear by Telephone at Scheduling Conference, DN 70, filed with the Court on March 28, 2012, is GRANTED.

It is FURTHER ORDERED that the Defendants Karen E. Hayes, D.O. and a Woman's Place of Fort Collins, P.L.L.P.'s Unopposed Motion for Leave to Appear at April 2, 2012 Scheduling Conference Via Telephone, DN 68, filed with the Court on March 27, 2012, is GRANTED.

It is FURTHER ORDERED that both counsel shall arrange a joint conference call to the court and contact the court as the final connection by calling (303) 844-2403.

Date:   March 28, 2012