IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02389-WYD-MJW

JOHN STAUFFER,

Plaintiff(s),

v.

KAREN E. HAYES, D.O.;
A WOMAN'S PLACE OF FORT COLLINS, P.L.L.P.;
PETER DUSBABEK;
TODD VRIESMAN;
MONTGOMERY, KOLODNY, AMATUZIO & DUSBABEK, L.L.P.;
J. BRADFORD MARCH III; and
MARCH, OLIVE & PHARRIS, L.L.P.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In view of Chief Judge Wiley Y. Daniel's Order Affirming and Adopting Recommendation of United States Magistrate Judge (Docket No. 126), which dismisses plaintiff's complaint in its entirety, the court hereby ORDERS that the following motions are DENIED AS MOOT:

1. Motion to Videotape Proceedings (Docket No. 99);

2. Motion for Necessary Party Joinder (Docket No. 109);

3. Motion for Immediate Determination (Docket No. 117); and

4. Motion for Immediate Determination (Docket No. 122).

Date:  August 15, 2012